Local Bankruptcy Form 9014-3

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>CHARLES K THOMPSON,<br><br>                                    Debtor.<br>_____<br><br>SILVER HILL CAPITAL, LLC,<br><br>                                    Movant,<br><br>v.<br>CHARLES K THOMPSON,<br><br>                                    Debtor,<br>               and<br><br>KENNETH E. WEST,  Trustee,<br><br>                              Respondents. | Chapter 13<br><br>Case No.  23-12115 DJB |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

SILVER HILL CAPITAL, LLC has filed with the Court a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362(d) in order to exercise its state law rights and remedies as concerns with regard to the Property located at 908-914 WEST 2ND STREET, CHESTER, PA 19013.

 Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

1.      If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **June 4, 2026** you or your attorney must do all of the following:

        (a)      File an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

**In Philadelphia:**
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it

will be received on or before the date stated above; and

(b)      Mail a copy to Movant's attorney:

Tammy L. Terrell Benoza, Esq.
Fein, Such, Kahn & Shepard, P.C.
6 Campus Drive, Suite 301
Parsippany, New Jersey 07054
Telephone: 973-538-4700
Facsimile:   973-538-9915
bankruptcy@fskslaw.com

And to the Trustee:   KENNETH E. WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Office of the Chapter 13 Standing

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Derek J Baker on **June 11, 2026 at 11:00am** in Courtroom 2, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Fein, Such, Kahn & Shepard, P.C.

Date: May 1, 2026                            */s/ Tammy L. Terrell Benoza*
Tammy L. Terrell Benoza, Esq.
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
973-538-4700
Bar Id: 325339
Email:  bankruptcy@fskslaw.com