UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CHARLES K. THOMPSON,<br><br>Debtor. | Chapter: 13<br><br>Case No. 23-12115 DJB<br><br>**MOTION FOR ORDER APPROVING LOAN MODIFICATION AGREEMENT AS TO THE MORTGAGE ON 908-914 WEST 2ND STREET, CHESTER, PA 19013** |

PLEASE TAKE NOTICE that upon the annexed application of Silver Hill Capital, LLC ("Applicant"), Secured Creditor, by its attorneys, Fein, Such, Kahn & Shepard, P.C., the undersigned will move before the Honorable Derek J Baker, United States Bankruptcy Judge, in Courtroom 2, at the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 on **October 15, 2026 at 11:00am**, or as soon thereafter as counsel can be heard, for an Order granting a Motion to Approve Loan Modification; and further relief as to the Court seems just and proper.

Dated: September 17, 2026

FEIN, SUCH, KAHN & SHEPARD, P.C.
Attorneys for Applicant

*/s/ Tammy L. Terrell Benoza*
TAMMY L. TERRELL BENOZA, ESQ.
7660 Imperial Way, Suite 121
Allentown, Pennsylvania 18195
(610) 395-3535
Bankruptcy@fkslaw.com