UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter: 13 |
| CHARLES K. THOMPSON, | Case No. 23-12115 DJB |
| Debtor. | **AFFIRMATION IN SUPPORT OF MOTION TO APPROVE LOAN MODIFICATION AGREEMENT** |

I, Tammy L. Terrell Benoza, Esq., am counsel for Silver Hill Capital, LLC ("Applicant") and request the court to approve the terms of the attached loan modification agreement:

1. The Debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Code on July 18, 2023.

2. The Debtor has been offered a modification and has accepted the terms. A copy of the agreement is attached hereto as “Exhibit A”.

3. The original mortgage was recorded on February 7, 2006 in Delaware County, Pennsylvania. A copy of the recorded mortgage is attached hereto as “Exhibit B”. A copy of the Note is attached hereto as “Exhibit C”.

4. It is respectfully requested that the proposed modification be approved to allow debtors to modify the loan.

Dated: September 17, 2026

FEIN, SUCH, KAHN & SHEPARD, P.C.
Attorneys for Applicant

*/s/ Tammy L. Terrell Benoza*

TAMMY L. TERRELL BENOZA, ESQ.
7660 Imperial Way, Suite 121
Allentown, Pennsylvania 18195
(610) 395-3535
Bankruptcy@fskslaw.com